KAREN P. HEWITT
United States Attorney
REBEKAH W. YOUNG
Assistant U.S. Attorney
California State Bar No. 214859
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7179

Attorneys for Plaintiff
United States of America

FILED

2008 FEB 12 PM 1:59

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ RM _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> REUBEN VALENCIA-MENDOZA, <br><br> Defendant. | Criminal Case No. 06CR1107-WQH <br><br> ORDER TO DISMISS <br> WITHOUT PREJUDICE |

### ORDER

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that the Indictment in criminal case number 06CR1107-W be dismissed, without prejudice.

IT IS FURTHER ORDERED that the bond be exonerated.

IT IS FURTHER ORDERED that any future hearing dates be vacated.

DATED: 2/12/08

THE HON. WILLIAM Q. HAYES
United States District Court Judge